### D. W. WILFORD V. THE STATE.

No. 9549.    Delivered November 11, 1925.

**Adultery—Escape of Appellant—Appeal Dismissed.**

It being made to appear that pending his appeal the appellant made his escape from the custody of the sheriff on the 25th day of August, 1925; that he made no voluntary return, nor has there been a recapture, and that he is still at large, this court is deprived of jurisdiction to pass upon the merits of the appeal, and the same is dismissed. See Art. 825 C. C. P. of 1925. Vernon's Tex. Crim. Stats., Vol. 2, Art. 912, and cases collated.

Appeal from the County Court of Grayson County. Tried below before the Hon. R. M. Carter, Judge.

Appeal from a conviction for adultery, penalty a fine of $500.

No brief filed by appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is adultery; punishment fixed at a fine of $500.00.

By affidavit of the sheriff, it is made to appear that the appellant, while in custody pending his appeal, made his escape upon the 25th day of August, 1925; that he has made no voluntary return, nor has there been a recapture; that he is still at large. Upon these facts, this court is deprived of jurisdiction to pass upon the merits of the appeal. See Arts. 824 and 825 C. C. P. (1925); also Vernon's Tex. Crim. Stat., Vol. 2, Art. 912, and cases collated.

The appeal is dismissed.

*Dismissed.*